UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TAYLOR SOLLINGER, on behalf of himself
and all others similarly situated,

                Plaintiff,

    v.

SMILEDIRECTCLUB, LLC,

                Defendant.

------------------------------------- x

Civil Action No. 1:19-cv-05977

## DEFENDANT SMILEDIRECTCLUB, LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY THE PROCEEDINGS

Defendant SmileDirectClub, LLC ("SDC"), by and through undersigned counsel, hereby respectfully moves the Court (the "Motion") for an Order: (i) compelling Plaintiff Taylor Sollinger ("Plaintiff" and, together with SDC, the "Parties") to arbitrate all of the claims asserted in Plaintiff's Complaint pursuant to the mandatory arbitration provision in the agreement between the Parties; and (ii) staying the proceedings in this Court pending such arbitration. In support thereof, SDC relies upon the *Memorandum of Law in Support of Defendant SmileDirectClub, LLC's Motion to Compel Arbitration and to Stay Proceedings* filed contemporaneously herewith.

## CONCLUSION

WHEREFORE, based upon the foregoing, Defendant SmileDirectClub, LLC respectfully requests that the Court enter an Order in substantially the same form submitted herewith, (i) compelling Plaintiff to arbitrate all of the claims asserted in the Complaint; (ii) staying these proceedings pending such arbitration; and (iii) granting such other and further relief as the Court deems just and proper.

12540789 v2

Dated: July 31, 2019                **BENESCH, FRIEDLANDER,**
                                                            **COPLAN & ARONOFF LLP**

                                                              */s/ Michael J. Barrie*

Dave Rammelt (*pro hac vice forthcoming*)   Michael J. Barrie (No. 5057450)
Nick Secco (*pro hac vice forthcoming)*      39 Broadway, 25th Floor
200 Public Square, Suite 2300                   New York, NY 10006-3039
Cleveland, Ohio 44114                            Telephone: (302) 442-7010
drammelt@beneschlaw.com                  Facsimile: (302) 442-7012
nsecco@beneschlaw.com                       mbarrie@beneschlaw.com

Sean A. Meluney (*pro hac vice forthcoming*)  *Counsel to Defendant SmileDirectClub, LLC*
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
smeluney@beneschlaw.com