UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAYLOR SOLLINGER, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>SMILEDIRECTCLUB, LLC,<br><br>               Defendant. | Case No. 1:19-cv-05977<br><br>CLASS ACTION<br><br>Hon. J. Paul Oetken |

## NOTICE OF APPEARANCE

Please take notice that David J. Stone, Esq., of Bragar Eagel & Squire, P.C., hereby enters his Notice of Appearance for Plaintiff Taylor Sollinger, individually and on behalf of all others similarly situated, in the above action. Please provide all notices to Mr. Stone at the address and email address provided below. I am authorized to practice in this Court.

Dated: August 6, 2019

Respectfully Submitted,

  /s/ David J. Stone
David J. Stone (No. 8981)
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-1704
Fax: (212) 486-0462
Email: stone@bespc.com

*Attorneys for Plaintiff*