# Exhibit B

RECEIVED
By Barbara McKinley at 8:31 am, Sep 27, 2019

Clerk of the Superior Court
\*\*\* Filed \*\*\*
09/27/2019 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-014914　　　　　　　　　　　　　　　　　　　　　09/26/2019

　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT
HONORABLE DANIELLE J. VIOLA　　　　　　　　　　　K. Cabral
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy

FATIMA ELIZABETH SILVA SOTO　　　　　FATIMA ELIZABETH SILVA SOTO
　　　　　　　　　　　　　　　　　　　　9600 N 96TH ST # 130
　　　　　　　　　　　　　　　　　　　　SCOTTSDALE AZ  85258

v.

SMILE DIRECT CLUB　　　　　　　　　　　ANTHONY J FERNANDEZ


　　　　　　　　　　　　　　　　　　　　DOCKET-CIVIL-CCC
　　　　　　　　　　　　　　　　　　　　JUDGE VIOLA


**Defendant's Motion to Dismiss – Granted**
**Plaintiff's Request for Final Judgment – Denied**

The Court has received and considered the following documents:

1. Defendant's Special Appearance in Order to Move to Dismiss filed April 4, 2019;
2. Defendant's Special Appearance in Order to Move to Supplement its Motion to Dismiss filed May 21, 2019;
3. Defendant's Special Appearance in Order to Reply In Support of Its Motion to Dismiss filed June 5, 2019;
4. Defendant's Special Appearance in Order to Supplement its Motion to Dismiss filed June 24, 2019;
5. Defendant's Special Appearance in Order to Respond to Plaintiff's Request for Final Judgment by the Judge filed August 15, 2019;
6. Plaintiff's Response filed May 23, 2019;
7. Plaintiff's "Response" filed June 17, 2019;

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-014914                                                                      09/26/2019

8. Plaintiff's "Response to Defendant" filed July 3, 2019;
9. Plaintiff's "Request for a final judgment by the judge" filed July 31, 2019; and
10. Plaintiff's Response to Defendant filed August 30, 2019.

Neither party requested oral argument and the Court concludes oral argument is unnecessary to resolve the pending issues. In summary, Defendant asks the Court to dismiss the case for three reasons: 1) the amount in controversy does not exceed $10,000; 2) Defendant was not properly served; and 3) Plaintiff agreed to arbitrate her disputes with Defendant. Plaintiff asks the Court to assess her claims against Defendant and enter a judgment in her favor.

As an initial matter, the Court concludes that Plaintiff filed an affidavit of service reflecting service was properly made on Defendant within the deadline imposed by the Court on May 13, 2019. *See* Affidavit of Service filed April 25, 2019 and the Court's May 13, 2019 Minute Entry. Although service was effectuated, the other issues raised by Defendant establish that the Court lacks jurisdiction due to the amount in controversy and the applicable arbitration agreement. Plaintiff does not address the issue of the arbitration agreement nor does she explain why she is not required to bring her claims in arbitration. In fact, Plaintiff attaches the Agreement to Arbitrate to her June 17, 2019 filing.

Based on the amount in controversy and the allegations regarding same as well as the agreement to arbitrate, the Court concludes that a dismissal is appropriate. The Court notes that this dismissal does not operate to preclude Plaintiff from pursuing her claims in arbitration.

**IT IS ORDERED** granting Defendant's Special Appearance in Order to Move to Dismiss filed April 4, 2019 and Defendant's Special Appearance in Order to Move to Supplement its Motion to Dismiss filed May 21, 2019, and Defendant's Special Appearance in Order to Supplement its Motion to Dismiss filed June 24, 2019.

**IT IS ORDERED** Defendants' request for attorneys' fees is denied.

The Court having dismissed Plaintiff's claims, the Court finds no basis to enter any final judgment with respect to the merits of the claims.

**IT IS ORDERED** denying Plaintiff's requests for relief set forth in the following:

1. Plaintiff's Response filed May 23, 2019;
2. Plaintiff's "Response" filed June 17, 2019;
3. Plaintiff's "Response to Defendant" filed July 3, 2019;
4. Plaintiff's "Request for a final judgment by the judge" filed July 31, 2019; and
5. Plaintiff's Response to Defendant filed August 30, 2019.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-014914                                                                                           09/26/2019

**IT IS ORDERED** denying any other relief requested and not specifically addressed in this minute entry.

No matters remain pending in this case. This is a final judgment under Ariz. R. Civ. P. 54(c).

Date: _____

/ s /  DANIELLE J. VIOLA
_____
DANIELLE J. VIOLA
JUDGE OF THE SUPERIOR COURT