# B|E|S BRAGAR EAGEL & SQUIRE, P.C.

Lawrence P. Eagel
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5888
Fax: (212) 486-0462
eagel@bespc.com

October 21, 2019

**BY CM/ECF**

Hon. J. Paul Oetken, U.S.D.J.
Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

> Re:   *Sollinger v. SmileDirectClub, LLC, Case No. 19-cv-5977-JPO;*
> ***Letter Motion - Request for Oral Argument***

Dear Judge Oetken:

We are co-counsel to plaintiff Taylor Sollinger in the above-referenced action.  I write to request oral argument with respect to defendant's motion to compel arbitration.  The motion was fully submitted on October 4, 2019.

Oral argument is warranted because the primary issue on the motion, whether there was an enforceable arbitration agreement, could affect many thousands of Defendant's customer's access to the courts.  Furthermore, in reply, Defendant's submitted a twenty-three (23) paragraph reply affidavit in support of defendant's seventeen (17) page reply memorandum.  Plaintiff should be given the opportunity to respond to the new material submitted in reply.

Counsel is available should the Court have any questions.

Respectfully submitted,

Lawrence P. Eagel
*Attorney for Plaintiff Taylor Sollinger*

cc:  Counsel for Defendant (via ECF)