USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAYLOR SOLLINGER,

               Plaintiff,

-against-

SMILEDIRECTCLUB, LLC,

               Defendant.
-----------------------------------------------------------X

19 CIVIL 5977 (JPO)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2020, Defendant's motion to compel arbitration is GRANTED. Plaintiff's motion for oral argument is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
         February 19, 2020

                                                           RUBY J. KRAJICK

                                                            Clerk of Court

BY: _____
                                                         **Deputy Clerk**